# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-2764

_____

Thomas Darnell; Mark Rogers,        *
       *
       Plaintiffs,        *
       *
W. Duane Isaac,        *
       *
       Plaintiff-Appellant,        *
       *
John Caudill; Don Cornell; Scott E.    *
Hope; Jay Masoner; Danny Hahn;    *
Kenny Hamilton; Randy D. Offield;    *
James Gant; William Miller; Zivian    *
Christian; Charlie James; Joseph E.    *
Schmidt; James A. Clark; Jason L.    *    Appeal from the United States
Loomer; Mike Davis; Steve Black;    *    District Court for the
Chester Parkus; R. Mann; Bradley    *    Western District of Missouri.
Bernabe; Theodore F. Lewis; Robert    *
Kelly; Michael Donley; Kenneth    *     [UNPUBLISHED]
Thornburg; James S. Quinn; Craig    *
Winfield; Bryan Bland; Rubin    *
Pinster; Terrence Lemons; James    *
Lutes; James Risner; Robert Shaw;    *
Don Wright; James McKee; Robert    *
David Hammon; Wilbert M. Tate,    *
       *
       Plaintiffs,        *
       *
      v.        *
       *
Dora Schriro; George A. Lombardi;    *
Dale Riley,        *

|                          |     |
|--------------------------|-----|
| Defendants,              | *   |
|                          | *   |
| Michael Groose; David Dormire; | * |
| Gerald Bommell,          | *   |
|                          | *   |
| Defendants-Appellees,    | *   |
|                          | *   |
| John Doe, 1-5,           | *   |
|                          | *   |
| Defendant.               | *   |

_____

Submitted: August 7, 1998
Filed: August 14, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

W. Duane Isaac appeals from the district court's[1] orders dismissing three prison officials and granting summary judgment as to the remaining prison officials in Isaac's conditions-of-confinement suit. After a careful review of the record and the parties' submissions on appeal, we affirm the judgment of the district court. We also deny appellees' request to strike portions of appellant's brief addendum, see Johnson v. Missouri, 142 F.3d 1087, 1090 n.5 (8th Cir. 1998) (considering material not submitted to the district court, and denying motion to strike material because information did not aid appellants' arguments), and appellant's pending motion filed with this court.

---

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

Accordingly, the judgment is affirmed. <u>See</u> 8th R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.